*H. B. Moss,* contra.

DOUGLAS *v.* BAXLEY STATE BANK.

BECK, Presiding Justice. The evidence in the case did not demand a verdict in favor of the defendant, inasmuch as there were material issues made by the evidence for determination by the jury. Consequently the first grant of a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

No. 11446. SEPTEMBER 19, 1936.

*C. A. Williams,* for plaintiff in error.  *Wade H. Watson,* contra.